**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC GRIFFIN, ) | |
| ) | Case No. 2:10-cv-01175-JCM-PAL |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| 111TH UNITED STATES CONGRESS, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff Eric Griffen is proceeding in this action *pro se*. Griffen submitted a Complaint (Dkt. #1) pursuant to 42 U.S.C. § 1983 on July 15, 2010. This proceeding was referred to this court by Local Rule IB 1-9. Griffen did not pay the required filing fee of $350.00 or file an application to proceed *In Forma Pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

Based on the foregoing,

**IT IS ORDERED** that Plaintiff shall file an Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate, and a copy of Plaintiff's inmate trust account. The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are incarcerated. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order. Plaintiff shall have **thirty days** from the date on which this Order is entered to comply. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

Dated this 19th day of July, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE