UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC GRIFFIN,

        Plaintiff,

v.

UNITED STATES WHITE HOUSE ADMIN., et al.,

        Defendants.

2:10-CV-1175 JCM (PAL)

**ORDER**

Presently before the court is plaintiff Eric Griffin's motion for temporary injunction, requesting protection of the United States Secret Service until the lawsuit is resolved. (Doc. #16).

A court may issue a preliminary injunction when the moving party shows: (1) a likelihood of success on the merits; (2) possibility of irreparable injury if preliminary relief is not granted; (3) balance of hardships; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 129 S. Ct. 365, 374–76 (2008).

Here, plaintiff has not alleged an issue appropriate for resolution by a temporary injunction, nor has he met a single element of the *Winter* test. Specifically, plaintiff has failed to allege a likelihood of success on the merits of his claims; present evidence of irreparable injury; indicate how a balance of hardships weighs in his favor; and, finally, show how such relief is in the public interest.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion for a temporary injunction (doc. #16) be, and the same hereby is, DENIED without prejudice.

DATED September 7, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -