# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC GRIFFIN, | |
| Plaintiff, | 2:10-cv-01175-JCM-PAL |
| vs. | |
| 11TH UNITED STATES CONGRESS, *et al.*, | **ORDER** |
| Defendants. | |

ERIC GRIFFIN,

    Plaintiff,

vs.

11TH UNITED STATES CONGRESS, *et al.*,

    Defendants.

2:10-cv-01175-JCM-PAL

**ORDER**

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. Plaintiff failed to submit either the filing fee or an application to proceed *in forma pauperis* on the required form. By order filed July 19, 2010, the court ordered plaintiff to file a completed and signed application to proceed *in forma pauperis* within thirty (30) days (docket #4). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record. More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner.

Moreover, it has come to the court's attention that plaintiff has "struck out" pursuant to 28 U.S.C. § 1915(g), and must pay the full filing fee in advance order to initiate an action before this

court, unless he alleges imminent danger of serious physical injury. *See Griffin v. Henderson Police Officer, et al.*, 2:10-cv-01169-RLH-RJJ.

Accordingly, this entire action will be dismissed for failure to pay the full filing fee.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for the failure of plaintiff to pay the full filing fee.

**IT IS FURTHER ORDERED** that the following motions: motion to change venue (docket #2); emergency motion for appointment of counsel (docket #3); emergency medical motion (docket #5); motion to dismiss competency hearing (docket #6); emergency motion for miscellaneous relief (docket #7); motion to subpoena information (docket #8); emergency motion for miscellaneous relief (docket #9); emergency motion (docket #10); and emergency motion (docket #12) are all **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 13th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE