1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

11
12  ERIC GRIFFIN,                                )
                                                 )
13          Plaintiff,                           )    2:10-cv-01175-JCM-PAL
                                                 )
14  vs.                                          )
                                                 )    **ORDER**
15  11TH UNITED STATES CONGRESS,      )
            *et al.*,                            )
16                                               )
                                                 )
17          Defendants.                          )
                                                 /
18
19          On September 13, 2010, the court entered an order dismissing this action (docket #20),
20  judgment was entered on that date (docket #21) and on November 1, 2010, the Notice of Appeal was
21  dismissed (docket #35).  Accordingly, all outstanding motions are denied.
22          **IT IS THEREFORE ORDERED** that the following motions: motion for appointment
23  of counsel on appeal (docket #26); emergency motion for appointment of counsel (#27) and emergency
    motion to arrest all suspects (#29) are **DENIED**.
24
25
26

1        **IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed
2 case.  Any such documents shall be returned, unfiled, to plaintiff.

5        DATED this 5th day of November, 2010.

8                                    UNITED STATES DISTRICT JUDGE